IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIAHOU SHAMI,<br><br>      Plaintiff,<br><br>  v.<br><br>ONEWEST BANK, FSB, PHH HOME LOANS LLC, DEUTSCHE BANK, NATIONAL TRUST COMPANY, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2005-A10 MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-J,<br><br>      Defendant. | Case No.: 1:22-cv-06703<br><br>STIPULATION OF DISCONTINUANCE AND ORDER OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties herein, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, on the merits, with prejudice, without costs to either party as against the other.


/s/   Eric S. Landau
Eric S. Landau, Esq.
50 Fountain Plaza, Suite 1400
Buffalo, NY 14202
T: 718-440-6723
E: ericlandau@gmail.com
Attorneys for Plaintiff

/s/ _____
James N. Faller, Esq.
599 Lexington Avenue, Fl. 22
New York, NY 10022
T: 212-521-5400
F: 212-521-5450
E: james.faller@reedsmith.com
*Attorneys for Defendant OneWest Bank, FSB*

/s/ *Christa A. Menge*
Christa A. Menge, Esq.
Stradley Ronon Stevens & Young, LLP
100 Park Avenue, Suite 2000
New York, NY, 10017
T: (212) 812-4124
E: cmenge@stradley.com
*Attorneys for Defendant Deutsche Bank and PHH*

                                                                                 SO ORDERED

                                                              _____
                                                              Hon. Hector Gonzalez, U.S.D.J.